MINUTE ENTRY
BARBIER, J.
March 11, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY BLANCHARD and JOSHUA BLANCHARD | CIVIL ACTION |
| VERSUS | NO: 11-2158 |
| PARAMOUNT SCAFFOLD GULF REGION, INC. | SECTION: J |

The Court held a brief telephone status conference with the following parties in attendance: Jeremy Blanchard and Joshua Blanchard (Plaintiffs who are currently unrepresented by counsel), and McDonald Provosty, Counsel for Defendant.

During the conference, Plaintiffs requested that they be permitted to voluntarily withdraw their complaint in this matter. Counsel for Defendant stated that he had no objection and that Defendant will not pursue any claim for costs against Plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that all of Plaintiffs' claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

* * * * * * * * * * * * * * *

JS-10: 3 mins.

